UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STAN LABER,
Plaintiff,

vs.

LLOYD J. AUSTIN, III, SECRETARY,
UNITED STATES DEPARTMENT OF
DEFENSE,
Defendant, in his official capacity

Case No. 6:23-cv-1025 EFM-GEB

Jury Trial

**Proofs of Service**

Plaintiff hereby provides Proofs of Service per FRCP 4 (l) based on the attached affidavits of the server with copies of the receipts signed by the agents of the addressees.

Plaintiff declares under penalty of perjury that the above information is true and correct to the best of his knowledge and belief.

Respectfully

*Stan Laber*

March 29, 2023

Stan Laber, Plaintiff, Pro Se
321 S. Main Ave
Albany, NY 12209

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above has been submitted to the court clerk for distribution and emailed concurrently to Defendant on March 29, 2023.

Respectfully Submitted,

*[signature: Stan Laber]*

Stan Laber, Plaintiff, Pro Se
321 S. Main Ave
Albany, NY 12209

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Duston J. Slinkard
   U.S. Attorney for the District of Kansas
   1200 Epic Center
   301 N. Main
   Wichita, KS 67202

9590 9402 6067 0125 4589 41

7021 0350 0001 5128 9532

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] — Agent
- B. Received by (Printed Name): Leticia McGraw
- C. Date of Delivery: 2/27/23
- D. Is delivery address different from item 1? No

3. Service Type: Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:
   LLOYD J. AUSTIN, III, SECRETARY,
   United States Department of Defense
   1000 Defense Pentagon
   Washington, DC 20301-1000

9590 9402 6067 0125 4589 03

7021 0350 0001 5128 9525

**COMPLETE THIS SECTION ON DELIVERY**
- B. Received by (Printed Name): CMR
- C. Date of Delivery: 2/22/23
- D. Is delivery address different from item 1? No

3. Service Type: Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:
   Merrick B. Garland
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

9590 9402 6067 0125 4589 89

7021 0350 0001 5128 9365

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X — Agent
- C. Date of Delivery: FEB 28 2023
- D. Is delivery address different from item 1? No

3. Service Type: Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt







7021 0350 0001 5128 9525

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20301
OFFICIAL USE

Certified Mail Fee $4.15

Extra Services & Fees *(check box, add fee as appropriate)* $3.75
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $ $0.87

Total Postage and Fees $

Postmark Here: GLENMONT NY 12077 FEB 21 2023

Sent To: LLOYD J. AUSTIN, III, SECRETARY,
United States Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7021 0350 0001 5128 9532

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Wichita, KS 67202
OFFICIAL USE

Certified Mail Fee $4.15

Extra Services & Fees *(check box, add fee as appropriate)* $3.75
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $ $1.50

Total Postage and Fees $

Postmark Here: GLENMONT NY 12077 FEB 21 2023 02/21/2023

Sent To: Duston J. Slinkard
U.S. Attorney for the District of Kansas
1200 Epic Center
301 N. Main,
Wichita, KS 67202

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7021 0350 0001 5128 9365

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20530
OFFICIAL USE

Certified Mail Fee $4.15

Extra Services & Fees *(check box, add fee as appropriate)* $3.75
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $ $1.50

Total Postage and Fees $

Postmark Here: GLENMONT NY 12077 FEB 21 2023 02/21/2023

Sent To: Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Duston J. Slinkard is the United States Attorney for the District of Kansas
was received by me on *(date)* 2-21-2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Pursuant to Fed... R. Civ. P. 4(i), I served, this summons and a copy of the complaint via certified mail, return receipt requested, signature confirmation restricted, delivery as shown on the attached. returned. receipt. I am at least 18 years old, and, not a party to the complaint.
My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 3/29/2023

_____
Server's signature

Gail Laber
_____
Printed name and title

321 S. Main Ave, Albany NY 12209
_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Merrick B. Garland Attorney General</u>
was received by me on *(date)* <u>2-21-2023</u> .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Pursuant to Fed... R. Civ. P. 4(i), I served, this summons and a copy of the complaint via certified mail, return receipt requested, signature confirmation restricted, delivery as shown on the attached. returned. receipt. I am at least 18 years old, and, not a party to the complaint.

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date: <u>3/29/2023</u>

<u>Gail Laber  *Gail Laber*</u>
Server's signature

<u>Gail Laber</u>
Printed name and title

<u>321 S. Main Ave Albany NY 12209</u>
Server's address

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lloyd J. Austin III Secretary, US Department of Defense
was received by me on *(date)* 2-21-2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Pursuant to Fed... R. Civ. P. 4(i), I served, this summons and a copy of the complaint via certified mail, return receipt requested, signature confirmation restricted, delivery as shown on the attached. returned. receipt. I am at least 18 years old, and, not a party to the complaint.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/29/2023

Server's signature: *Gail Laber*

Printed name and title: Gail Laber

Server's address: 321 S. Main Ave Albany NY 12209

Additional information regarding attempted service, etc: