# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

STAN LABER,
    Plaintiff,

                            Case No. No. 23-1025 EFM-GLB

                            Jury Trial

vs.

LLOYD J. AUSTIN, III, SECRETARY,
    UNITED STATES DEPARTMENT OF
    DEFENSE,
    Defendant,

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION REGARDING VENUE (ECF 4)**

Plaintiff agrees with Defendant that venue is more appropriate in the Northern District of New York in Albany New York because Defendant's analysis of probable witnesses and locations of vacancies in the Northern District of New York.

Section 2000e–5(f)(3) reads:

> Such an action may be brought [1] in any judicial district in the State in which the unlawful employment practice is alleged to have been committed, [2] in the judicial

>district in which the employment records relevant to such practice are maintained and administered, or [3] in the judicial district in which the aggrieved person would
>
>have worked but for the alleged unlawful employment practice, but [4] if the respondent is not found within any such district, such an action may be brought
>
>within the judicial district in which the respondent has his principal office. For purposes of sections 1404 and 1406 of Title 28, the judicial district in which the
>
>respondent has his principal office shall in all cases be considered a district in which the action might have been brought.

In the instant cased, Plaintiff would have worked in the judicial district of Northern New York for the largest number of vacancies but for the alleged unlawful employment practice. Therefore, the respondent "is found" and not "not found" so as to trigger consideration within such district in which the respondent has his principal office.

Plaintiff requests that all claims be transferred to the Northern District of New York in Albany so they may stay together.

Plaintiff is opposed to dismissing any his such claims under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. In response to the Defendant's Motion to Dismiss, Plaintiff respectfully requests that the Court deny the Motion and allow the case to proceed.

The Defendant argues that the Plaintiff's Complaint fails to state a claim upon which relief can be granted. The Plaintiff disagrees. The Plaintiff has alleged sufficient facts to state a claim upon which relief can be granted and the Complaint is specific enough to

state a claim. The Defendant's arguments are based on speculation and conjecture, and they do not raise any genuine issues of material fact.

Respectfully,

Stan Laber

*Stan Laber*

6/1/2023

Certificate of Service

Plaintiff certifies that on 6/1/2023, he provided a copy of the above motion to the court an defendant via email

*Stan Laber*

Stan Laber, Pro Se

6/1/2023